UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>    *Defendant*. | Civil Action No. 22-3581 (ABJ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to provide a proposed production schedule by sixty days—*i.e.*, until April 10, 2023. Plaintiff, through counsel, has graciously consented to the relief requested in this motion. The grounds for this motion are as follows.

Plaintiff filed this suit on November 28, 2022, and served the U.S. Attorney's Office on or about December 7, 2022. Plaintiff seeks to compel the production of documents in response to its FOIA request. *See* Complaint, ¶ 6. Defendant timely answered the Complaint on January 6, 2023, and this Court subsequently ordered Defendant to file "a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents to plaintiff[.]" Minute Order of January 11, 2023.

Good cause exists to grant this motion. Defendant has completed its initial searches and has noted the undue burden that would result in reviewing the entire universe of records that returned. Defendant has proposed a plan to limit the scope of the searches in order to streamline the review and reduce both the burden and time necessary to complete processing and production.

Plaintiff is currently reviewing the proposed plan, and the parties are working in good faith to come to an agreement with respect to the scope of the search.

This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. In accordance with Local Civil Rule 7(m), undersigned counsel contacted counsel for Plaintiff on February 7, 2023, who has consented to the relief requested.

Granting this motion will not affect any other deadlines, as no other deadlines are set. Nor will granting this motion unduly delay resolution of this case. The extension also serves judicial economy by reducing the length of time this matter is likely to remain on the Court's docket.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court grant the Motion and extend the time to propose a production schedule to April 10, 2023. A proposed order consistent with this request is attached herewith.

Dated: February 9, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>    *Defendant*. | Civil Action No. 22-3581 (ABJ) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file a proposed production schedule, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including April 10, 2023, to propose a production schedule.

SO ORDERED:

_____                          _____
Dated                                                                                              United States District Judge