UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>　　　　*Defendant*. | Civil Action No. 22-3581 (ABJ) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's October 30, 2023 Minute Order.[1]

Plaintiff filed this suit on November 28, 2022, seeking to compel the production of documents in response to its FOIA request. The Parties have engaged in several rounds of negotiations to narrow the scope of the searches and streamline the processing of documents. The Parties have now reached agreement on revised search terms, and Defendant has now run the searches and begun processing records.

As previously reported, Defendant has completed its production of records, which Plaintiff is continuing to review. The Parties will continue to work in good faith to address any remaining issues in order to resolve this matter without further litigation.

---

[1] The Parties jointly seek the Court's indulgence with the delay in filing this Joint Status Report, as counsel for the United States was unexpectedly called away due to a family emergency and was unable to timely file.

The Parties respectfully propose to submit another joint status report by January 8, 2024, to update the Court on the status of productions and any further steps.

Dated: November 27, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

and

  /s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. #1012943
WILLIAM J. OLSON
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Ave. West, Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*