UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>*Defendant*. | Civil Action No. 22-3581 (ABJ) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's March 8, 2024, Minute Order.[1]

Plaintiff filed this suit on November 28, 2022, seeking to compel the production of documents in response to its FOIA request.

As previously reported, Defendant has completed its production of records, which Plaintiff is continuing to review. The Parties will continue to work in good faith to address any remaining issues in order to resolve this matter without further litigation.

The Parties respectfully propose to submit another joint status report by July 8, 2024, to update the Court on the status of productions and any further steps.

---

[1] Counsel for Defendant attempted to timely file this on May 8 but has been experiencing technical issues and has filed this status report as promptly as possible.

Dated: May 9, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    <u>/s/ Kartik N. Venguswamy</u>
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

and

<u>/s/ Jeremiah L. Morgan</u>
JEREMIAH L. MORGAN
D.C. Bar No. #1012943
WILLIAM J. OLSON
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Ave. West, Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*