UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>    *Defendant*. | Civil Action No. 22-3581 (ABJ) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's February 13, 2025, Minute Order.

Plaintiff filed this suit on November 28, 2022, seeking to compel the production of documents in response to its FOIA request.

As previously reported, Defendant has completed its production of records, which Plaintiff has now reviewed, and Plaintiff has provided Defendant with a settlement demand to resolve this matter. Also as previously reported, Defendant is preparing its response to that settlement demand, though those efforts have been somewhat slowed by recent changes in staffing, and the Parties believe this matter may be resolved through settlement negotiations. The Parties will continue to work in good faith to address any remaining issues in order to resolve this matter without further litigation.

The Parties respectfully propose to submit another joint status report by June 13, 2025, to update the Court on the status of the negotiations and any further steps.

Dated: April 14, 2025
    Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR.
D.C. Bar No. #481886
United States Attorney

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

and

 /s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. #1012943
WILLIAM J. OLSON
ROBERT J. OLSON
William J. Olson, P.C.
370 Maple Ave. West, Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*